MICHAEL D. GREEN, ESQ., SBN 214142
mgreen@abbeylaw.com
BRIAN G. LANCE., SBN 300227
blance@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAJEAN DENNO;<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>and DOES 1-20,<br><br>        Defendants. | Case No.: 2:20-CV-01155-TLN-JDP<br><br>**STIPULATION RE DISCOVERY CUT-OFF DATES & FUTURE PROCEEDINGS** |

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that the following current discovery cut-off dates and future proceedings of

    **(1)**    **Fact Discovery**: August 18, 2021;

    **(2)**    **Expert Disclosures**: October 18, 2021;

    **(3)**    **Expert Discovery**: December 17, 2021;

    **(4)**    **Law and Motion**: February 14, 2022;

**The parties stipulate that all deadlines** be continued six months, with the new dates being:

    **(1)**    **Fact Discovery**: February 18, 2022;

    **(2)**    **Expert Disclosures**: April 18, 2022;

**(3)** **Expert Discovery**: June 17, 2022;

**(4)** **Law and Motion**: **August 15, 2022;**

**(5)** **Scheduling of pretrial and trial**: The parties propose that any modifications to standard pretrial or trial proceedings be requested by September 14, 2022.

Good cause exists for this extension as discovery in this case involves numerous depositions, and discovery has been delayed due to the ongoing pandemic. Defaulted Defendant Isaac Cannady was the driver of the boat and the only eyewitness. He has been extraordinarily difficult to locate to take his deposition and it appears he may be attempting to avoid subpoena.

This is the first request for a discovery cut-off extension or extension of any dates.

IT IS SO STIPULATED.

DATED: July 6, 2021   ABBEY, WEITZENBERG, WARREN & EMERY

By: */s/Brian G. Lance*
    Michael D. Green
    Brian G. Lance
    Attorneys for Plaintiff

DATED: July 6, 2021   DAVID SHELLEDY
    Assistant United States Attorney
    Chief, Civil Division
    R. MICHAEL UNDERHILL
    Attorney in Charge, West Coast Office
    Torts Branch, Civil Division

By   */s/ Vickey L. Quinn*
    VICKEY L. QUINN
    Trial Attorney
    West Coast Office
    Torts Branch, Civil Division
    U.S. Department of Justice
    Attorneys for Defendant
    United States of America

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589

IT IS SO ORDERED.

DATED: July 7, 2021

_____
Troy L. Nunley
United States District Judge

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589