IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAJEAN DENNO,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>UNITED STATES OF AMERICA; and DOES 1-20,<br><br>　　　　　Defendants.<br>_____<br>UNITED STATES OF AMERICA,<br>　　　　　Third-Party Plaintiff,<br>　　vs.<br><br>ISAAC CANNADY,<br>　　　　　Third-Party Defendant.<br>_____ | Case No.: 2:20-cv-01155-TLN-JDP<br><br>IN ADMIRALTY<br><br>**ORDER VACATING DATES AND STAYING DISCOVERY** |

　　On August 16, 2021, plaintiff Normajean Denno's attorney of record filed a suggestion of death under Fed. R. Civ. P. 25.  Normajean Denno was the only plaintiff in this action.  The United States thereafter filed a motion to vacate all dates in the Scheduling Order and stay discovery until either a proper plaintiff is substituted for decedent Normajean Denno or this action

is dismissed.  This Court has reviewed the submissions of the parties and issues the following Order:

**ORDER**

IT IS ORDERED that the Motion is hereby GRANTED.  All dates listed in the Scheduling Order dated July 7, 2021 (ECF 21) are hereby VACATED.  This Court further Orders discovery STAYED until either a proper plaintiff is substituted for decedent Normajean Denno or this action is dismissed.

Dated:  August 17, 2021

Troy L. Nunley
United States District Judge